33,910-26,27
3-21-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

Dear Clerk,

RE: WR-33,910-26
WR-33,910-27

This Court erronously dismissed the writ applications on these as Texas Code of Criminal Procedure Article 11.07, section 4 (a)-(c) is not relevant or pertinent to Actual innocence claims (#17713) or sentences that exceed the statutory maximum (#17594) according to this very Courts precedent cases and the United States Supreme Court.

I have no choice but to enter the Federal arena to enforce y'alls own laws and rules.

How can this Court have members in it that are not aware of State and Federal guidelines on Actual innocence or sentences exceeding the Statutory maximum? (I did 15) NOBODY could get more than 5 years on a Civil Statute D.W.I. 11-7-1993 and the Penal Code 38.10 (a-e) itself is a defense to a failure to Appear offense when it was incident to a House arrest probation order.

This Court is about to be put on front street with its failure to look at issues in a writ before dismissing it. Respectfully (Rogers)

Wesley Ray Gibson

CC: File
CC: Tx Monthly